FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-CR-00111-TOR-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| KYLE CHILDRESS, | ECF No. 39 |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 39). Defendant was represented on this Motion by Assistant Federal Defender Amy Rubin.

Defendant requests that the Court remove Special Condition Nos. 7 and 8 so that he no longer has to participate in a GPS monitoring program. ECF No. 39. He further requests the Court allow him to travel to New Hampshire to visit his children. *Id*. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's requests. *Id*.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 39**) is **GRANTED**.

2. **Special Condition Nos. 7 and 8 (ECF No. 38) SHALL BE STRICKEN** in their entirety **on August 12, 2024.**

ORDER - 1

3. **Defendant's previously imposed conditions of release shall be temporarily modified** to permit Defendant to travel to New Hampshire for the purposes of visiting his children **from August 15, 2024, to August 22, 2024.**

4. Defendant's mother shall accompany Defendant during travel.

5. Defendant shall comply with all directives of United States Probation/Pretrial Services regarding travel.

6. All other terms and conditions of release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 2, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2