FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KYLE CHILDRESS,<br>Defendant. | CASE NO: 2:23-CR-0111-TOR<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

The matter before the Court is the Government's Motion to Dismiss Case with Prejudice. ECF No. 41.

Upon entering into the parties' Pretrial Diversion Agreement (ECF No. 35), as of February 28, 2024, the Defendant agreed to abide by certain conditions for a period of 36 months. If Defendant was in full compliance at the end of the 36-month period, the Government would move to dismiss the case with prejudice.

The Government reports that Mr. Childress is in full compliance with the conditions of the Agreement and states that the actions that gave rise to this

prosecution are no longer a concern. Furthermore, U.S. probation advises they have no concerns about terminating the Agreement early. Therefore, the Government requests that this case be dismissed with prejudice prior to the Agreement's end date.

Accordingly, **IT IS HEREBY ORDERED**:

The Government's Motion to Dismiss Case with Prejudice, ECF No. 41, is **GRANTED**. This matter is **DISMISSED** with prejudice and the file is **CLOSED.**

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** October 8, 2026.

THOMAS O. RICE
United States District Judge